UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MICHAEL DESMOND,

                Plaintiff,

                                            JUDGMENT
                                            18-CV-313 (CBA) (JO)

       -against-

ECLERX; ECLERX LLC d/b/a ECLERX,
ECLERX SERVICES LIMITED, and AGILYST INC.,

                Defendants.
------------------------------------------------------------ X

       An Order of Honorable Carol B. Amon, United States District Judge, having been filed on July 19, 2018, granting Defendants' motion to dismiss; and dismissing this action without prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that this action is dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, NY<br>July 20, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>       Deputy Clerk |